*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
STEPHENS, LAWRENCE, and FOIL
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Gregory V. HOSKINS**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 202000027**

Decided: 18 September 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Wilbur Lee

Sentence adjudged 30 October 2019 by a special court-martial convened at Marine Corps Base Hawaii, Kaneohe Bay, Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 11 months, and a bad-conduct discharge.[1]

For Appellant:
*Commander Daniel J. McCoy, JAGC, USN*

---

[1] The convening authority disapproved the adjudged forfeiture of $1,100 per month for 11 months.

*Administrative Correction to Appellee Counsel*

For Appellee:
*Lieutenant Joshua C. Fiveson, JAGC, USN*
*Lieutenant Kevin G. Edwards II, JAGC, USN*

_____

**This opinion does not serve as binding precedent, but
may be cited as persuasive authority under
NMCCA Rule of Appellate Procedure 30.2.**

_____

PER CURIAM:

Appellant was convicted in accordance with his pleas, of conspiracy to possess controlled substance, wrongful distribution of a controlled substance, wrongful introduction of a controlled substance and wrongful use of a controlled substance in violation of Articles 81 and 112a, Uniform Code of Military Justice [UCMJ], 10 USC §§ 881 and 912a (2016). He asserts a single assignment of error on appeal: this Court should refuse to accept for appellate review a record not certified by a detailed court reporter or verified by the military judge.

We find the assignment of error to be moot based upon the Government's response and supplementation of the record to include the certification of the record by the detailed court reporter and the verification of the record by the military judge.[2]

After careful consideration of the record and briefs of appellate counsel, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. UCMJ arts. 59, 66.

The findings and sentence are **AFFIRMED**.

---

[2] We granted the Government's Motion to Attach on 22 May 2020.



FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court